

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MICHAEL JUDE LAREDO, | § | No. 08-13-00073-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No 4 |
| STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110C10680) |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **September 3, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. M. Clara Hernandez, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **September 3, 2013.**

IT IS SO ORDERED this 7th day of August, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.